UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ABDUR-SHAKUR GHANI,**

    Plaintiff,

v.

Case No. 05-CV-71704-DT
Hon. Bernard A. Friedman

**CARRON CALDWELL,** *et al.,*

    Defendants.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Mona K. Majzoub's Report and Recommendation dated August 2, 2005. No objections were filed thereto.

This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge Mona K. Majzoub's Report and Recommendation dated August 2, 2005, is hereby accepted and adopted.

IT IS FURTHER ORDERED that plaintiff's motion for a temporary restraining order is denied, as plaintiff has failed to satisfy the requirements of Fed. R. Civ. P. 65.

  September 15, 2005
    Detroit, Michigan

    s/Bernard A. Friedman
    BERNARD A. FRIEDMAN
    CHIEF JUDGE

**I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.**

    **/s/ Patricia Foster Hommel**
    **Patricia Foster Hommel**
    **Secretary to Chief Judge Friedman**