**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**GLYNN WELLS,**

        **Plaintiff,**        **CIVIL ACTION NO. 05-CV-71704-DT**

    **vs.**        **DISTRICT JUDGE BERNARD A. FRIEDMAN**

**CARRON CALDWELL, et al,**    **MAGISTRATE JUDGE MONA K. MAJZOUB**

        **Defendants.**

_____/

**ORDER DENYING DEFENDANT'S MOTION**
**TO STAY DISCOVERY**

On September 16, 2005, Defendants Burnett and Caldwell filed a Motion For Stay of Discovery pending the Court's resolution of their Motion for Summary Judgment. The Court issued a Report and Recommendation to grant Defendants' motion in part and to deny it in part on June 14, 2006. In light of this Court's recommendation, Defendants' Motion For Stay of Discovery is **DENIED.**

    **IT IS SO ORDERED.**

    Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: July 07, 2006        s/ Mona K. Majzoub
                MONA K. MAJZOUB
                UNITED STATES MAGISTRATE JUDGE

**Proof of Service**

    I hereby certify that a copy of this Order was served upon Glynn Wells and Counsel of Record on this date.

Date: July 07, 2006        s/ Lisa C. Bartlett
                Courtroom Deputy