UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLYNN WELLS,
aka Abdur-Shakir Ghani,

       Plaintiff,                    CIVIL ACTION NO. 05-CV-71704-DT

  vs.

                                    DISTRICT JUDGE BERNARD A FRIEDMAN

CARRON CALDWELL,          MAGISTRATE JUDGE MONA K. MAJZOUB
et al.,
       Defendants.
_____/

OPINION AND ORDER DENYING PLAINTIFF GLYNN WELLS' MOTION FOR
STIPULATIONS (DOCKET NO. 49)

      Plaintiff, who is currently a prisoner incarcerated in the State of Michigan, initiated this civil rights action pursuant to 42 U.S.C. § 1983. All pre-trial matters have been referred to the undersigned. Plaintiff's motion is now before this Court for hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A). The Court finds that the facts and legal arguments are adequately presented in the parties' papers and the decisional process would not be significantly aided by oral argument. Therefore, this motion will be resolved without oral argument pursuant to E.D. MICH. LR 7.1(e)(2).

      Plaintiff's motion concerns the taking of his deposition while he is in prison. He asks that the Court order that prison staff not be present during his deposition. This is a matter of prison security which is best left to the discretion of prison officials. He also seeks other forms of relief not appropriate for a motion of this type such as that the Court deny an affirmative defense of one of the Defendants and not dismiss Plaintiff's Complaint. The Court finds that the motion should be denied.

-1-

**IT IS THEREFORE ORDERED** that Plaintiff's Ex Parte Motion For Stipulations Regarding Defendant's Attorney(s) Taking His Deposition (docket no. 49) is **DENIED**.

### Notice to the Parties

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. § 636(b)(1).

Dated: November 14, 2006              s/ Mona K. Majzoub
                                      MONA K. MAJZOUB
                                      UNITED STATES MAGISTRATE JUDGE

### PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Glynn Wells and Counsel of Record on this date.

Dated: November 14, 2006              s/ Lisa C. Bartlett
                                      Courtroom Deputy