UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**GLYNN WELLS,**

        **Plaintiff,**          **CIVIL ACTION NO. 05-CV-71704-DT**

    vs.

                              **DISTRICT JUDGE BERNARD A. FRIEDMAN**

**CARRON CALDWELL,**        **MAGISTRATE JUDGE MONA K. MAJZOUB**
**et al.,**

        **Defendants.**
_____/

### ORDER FOR PLAINTIFF TO PROVIDE MEDICAL RELEASE

This matter comes before the Court on Defendant Caldwell's Motions to Dismiss. (Docket nos. 54, 57). This Court has recommended in a separate Report and Recommendation entered simultaneously with this Order that these motions be denied but that Plaintiff be ordered to sign the medical release form which Defendant has twice sent to Plaintiff. This Order accomplishes that portion of the Recommendation.

Plaintiff is warned that failure to comply with this Order may result in this action being dismissed.

**IT IS THEREFORE ORDERED** that Counsel for Defendant Caldwell send to Plaintiff a copy of the medical release form that Counsel previously sent to Plaintiff on January 3 and February 1, 2007, along with a copy of this Order. Plaintiff shall within 3 days of receipt of that medical release form sign it and return the form to Defendant's counsel without any other alteration.

## NOTICE TO PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated:  April 27, 2007           s/ Mona K.Majzoub
                                             MONA K. MAJZOUB
                                             UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Glynn Wells and Counsel of Record on this date.

Date: April 27, 2007            s/ Lisa C. Bartlett
                                         Courtroom Deputy