UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLYNN WELLS,

    Plaintiff,

v.

CARRON CALDWELL, et al.,

    Defendants.
_____/

05-71704

HON. BERNARD A. FRIEDMAN

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE MAJZOUB'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE OR COOPERATE**

On August 1, 2007 Magistrate Judge Majzoub issued a report and recommendation in this matter. In it, she recommended that Defendant Caldwell's Second Motion to Dismiss for Failure to Prosecute or Cooperate (docket no. 61) be granted, and this action be dismissed. Objections to Magistrate Judge Majzoub's report and recommendation were not filed.

The Court, having reviewed the report and recommendation, hereby accepts and adopts the report and recommendations of Magistrate Judge Majzoub, as though they were the findings and conclusions of this Court.

Accordingly,

IT IS ORDERED that Magistrate Judge Majzoub's Report and Recommendation dated August 1, 2007 is ACCEPTED and ADOPTED.

IT IS FURTHER ORDERED that Defendant Caldwell's Motion to Dismiss for Failure to Prosecute or Cooperate (Docket No. 61) is GRANTED.


Date:        August 20, 2007            ____s/Bernard A. Friedman_____
                                         HON. BERNARD A. FRIEDMAN
                                         CHIEF UNITED STATES DISTRICT JUDGE



**I hereby certify that a copy of the foregoing document
was served this date upon counsel of record
electronically and/or via first-class mail.**

**_____/s/ Patricia Foster Hommel_____
         Patricia Foster Hommel
     Secretary to Chief Judge Friedman**